ACCEPTED
01-15-00334-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/27/2015 12:41:33 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00334-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| **VS.** | § | **FIRST COURT** |
| | § | |
| **NAJMA PARKER** | § | **OF APPEALS** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/27/2015 12:41:33 PM

CHRISTOPHER A. PRINE
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Najma Parker, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 300th Judicial District Court of Brazoria County, Texas.

2. The case below was styled the STATE OF TEXAS vs. Najma Parker, and numbered 73269.

3. Appellant was convicted of Theft With Two Or More Previous Convictions.

4. Appellant was assessed a sentence of TDCJ-State Jail for a period of 2 years on 03/20/2015.

5. Notice of appeal was given on 04/10/2015.

6. The clerk's record was filed on 06/25/2015; the reporter's record was filed on 05/18/2015.

7. The appellate brief is presently due on 07/27/2015.

8. Appellant requests an extension of time of 30 days from the present date, i.e. 07/27/2015.

9. No extension to file the brief has been received in this cause.

10. Defendant is currently ncarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

Appellant's Counsel had several criminal trial cases to prepare for during this time period.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

FRANK J FRALEY
2616 South Loop West
Suite 503
Houston, TX 77054
Tel: 713.668.4496
Fax:713.668.4497

By:_____

2

Frank J. Fraley
State Bar No. 07350350
fraleyfrank@hotmail.com
Attorney for Najma Parker

## CERTIFICATE OF SERVICE

This is to certify that on July 27, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Brazoria County, Jeri Yenne, by fax to 979.864.1525.

Frank J. Fraley